TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00474-CV






Pantera Energy Company, Appellant


v.


Railroad Commission of Texas and ConocoPhillips Company, Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. GN103473, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



 On October 7, 2002, acting on a joint motion, this Court abated the appeal until
January 17, 2003. On January 10, the parties filed a second joint motion to abate, asking for 120
days during which they intend to file a motion to consolidate this cause with two other related causes
that recently became ripe for appeal. We grant the parties' joint motion and abate the appeal for 120
days, until May 30, 2003. The parties are ordered to file a motion to consolidate or a further motion
to abate no later than May 30, 2003.


 __________________________________________

 David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: January 30, 2003